IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOCUS LOCATION SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-487 (JLH) |
| | ) | |
| PCTEL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant PCTEL, Inc. states that it is a wholly-owned subsidiary of Amphenol Corporation.  Amphenol Corporation has no parent corporation, and no publicly held corporation owns 10% or more of Amphenol Corporation's stock.  Amphenol Corporation is publicly traded on the New York Stock Exchange under the symbol APH.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Paul Hart
Christina Canino
ERISE IP, P.A.
717 17th Street, Suite 1400
Denver, CO  80202
(720) 689-0679

Hunter Horton
ERISE IP, P.A.
7015 College Boulevard, Suite 700
Overland Park, KS  66211
(913) 777-5604

May 12, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 12, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Victor C. Johnson, Esquire<br>Forrest Gothia, Esquire<br>DENTONS US LLP<br>100 Crescent Court, Suite 900<br>Dallas, Texas 75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Stephen Yang, Esquire<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

_____

Rodger D. Smith II (#3778)